UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAYA JALLOW,<br><br>                              Plaintiff,<br><br>            -against-<br><br>STATE OF NEW YORK; CITY OF NEW YORK,<br><br>                              Defendants. | 20-CV-8001 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 30, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-6511. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 30, 2020
         New York, New York

                                                    _____
                                                         COLLEEN McMAHON
                                                    Chief United States District Judge